Becerro v. Mayu Restaurant Inc et al

Case Name: _____   Case Number: 25-CV- 06744 (___) (TAM)

| CASE MANAGEMENT WORKSHEET |
|---|

| Preparation for Initial Conference | |
|---|---|
| **Rule 26(f) conference held?** | Date:   03/18/26 |
| **Deadline for Rule 26(a) initial disclosures and any HIPAA-compliant records authorizations:** | 04/13/2026 |
| **Procedures discussed for producing Electronically Stored Information (ESI)?** | Yes ☒   No ☐   N/A |
| **Confidentiality Order to be submitted for Court approval?** | Yes ☐   No ☒   N/A |
| **Anticipated number of depositions:** | Plaintiff(s):   5<br>Defendant(s):   5 |
| **First requests for production of documents and for interrogatories due by:** | 04/30/26 |

| Proposed Deadlines for Pre-Settlement Discovery (Phase I) | |
|---|---|
| **Agreed upon completion date for Phase I Discovery:**<br>(Reciprocal agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.) | 12/15/2026 |
| **Date for pre-settlement status conference with counsel:**<br>(Proposed date to report the parties' preparedness for mediation or a settlement conference. Presumptively 10-15 days after the completion of Phase I Discovery.) | 01/15/2027 |

| Proposed Deadlines for Discovery and Motion Practice (Phase II) | |
|---|---|
| **Deadline to join new parties or amend pleadings as of right:**<br>(Presumptively 15 days after initial settlement conference) | 09/30/26 |
| **All fact discovery completed by:**<br>(Presumptively 3.5 months after first requests for documents/interrogatories) | TBD |
| **Joint status report certifying close of fact discovery:** | TBD |
| **Anticipated number of expert reports:** | Plaintiff(s):   TBD<br>Defendant(s): |

| | | |
|---|---|---|
| **Exchange of expert disclosures completed by:** <br> (Presumptively 30 days after fact discovery) | TBD | |
| **Expert depositions completed by:** <br> (Presumptively 30 days after initial expert disclosures) | TBD | |
| **Exchange of rebuttal expert reports by:** <br> (Presumptively 30–45 days after initial expert disclosures) | TBD | |
| **All expert discovery completed by:** | TBD | |
| **CERTIFICATION OF THE COMPLETION OF ALL DISCOVERY BY:** <br> (Presumptively 9 months after Initial Conference) | TBD | |
| **Final date to take first step in dispositive motion practice:** <br> (Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days after completion of all discovery.) | TBD | |
| **Do the parties wish to be referred to EDNY's mediation program pursuant to Local Rule 83.8?** | Yes ☐ | No ☒ |
| **Do the parties consent to trial before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?** <br> (The fillable consent form may be found at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. Consenting does not affect a party's right to a jury trial.) | Yes ☐ | No ☒ |

SO ORDERED:

_____          _____

**TARYN A. MERKL**          **DATE**
United States Magistrate Judge